### 23736.   MOORE *v.* THE STATE.

MacIntyre, J.   The verdict finding the accused guilty of interrupting and disturbing religious worship was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial, which contained the general grounds only.

*Judgment affirmed.   Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 6, 1934.

*J. A. Milchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.